UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>BRIAN K. SHIPLEY )  ) | Case No.: CR205-28 |

O R D E R

In accordance with the Court's instructions at the arraignment in this case, all pretrial motions are to be filed within 10 days of the date of arraignment. The opposing party shall have 10 days to respond to any motion.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection.

**SO ORDERED** this 28th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CASE NO.:   CR205-28 U.S.A. v. BRIAN K. SHIPLEY

DATE SERVED:   June 28, 2005

BY:   Lee G. LaVictoire

Magistrate Judge Graham
Minutes

___✓___ Hand delivered to the following in open court.

Darrin L. McCullough, AUSA
Edward Boshears, Esq.
Brian K. Shipley